Heinrich v Serens (2025 NY Slip Op 05442)

Heinrich v Serens

2025 NY Slip Op 05442

Decided on October 3, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on October 3, 2025

PRESENT: LINDLEY, J.P., CURRAN, OGDEN, DELCONTE, AND KEANE, JJ. (Filed Oct. 3, 2025.) 

MOTION NOS. (383-385/25) CA 24-00339, CA 24-00340 AND CA 24-00348
[*1]KENNETH HEINRICH, INDIVIDUALLY AND AS THE ADMINISTRATOR OF THE ESTATE OF DAVID ALAN HEINRICH, DECEASED, PLAINTIFF-APPELLANT, 
v
KELLEY A. SERENS, N.P., LAUREN PIPAS, M.D., DEFENDANTS-RESPONDENTS, ET AL., DEFENDANTS. (APPEAL NO. 1.)  KENNETH HEINRICH, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF DAVID ALAN HEINRICH, DECEASED, PLAINTIFF-APPELLANT, KELLEY A. SERENS, N.P., ET AL., DEFENDANTS, MARIAM ALEXANDER, M.D., AMY PATEL, M.D., VIVIAN CHAN, M.D., AND MICHAEL KOSTERS, M.D., DEFENDANTS-RESPONDENTS. (APPEAL NO. 2.) KENNETH HEINRICH, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF DAVID ALAN HEINRICH, DECEASED, PLAINTIFF-APPELLANT, KELLEY A. SERENS, N.P., ET AL., DEFENDANTS, LYNN MARIE CLEARY, M.D., DEFENDANT-RESPONDENT. (APPEAL NO. 3.)

MEMORANDUM AND ORDER
Motions for reargument denied.